**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 21-cv-62276-BLOOM/Valle

CHARITY PEARROW, as Personal
Representative of the Estate of
MARINA RALPH, a deceased minor,

    Plaintiff,

vs.

ESA P PORTFOLIO LLC, a foreign
limited liability company d/b/a
EXTENDED STAY AMERICA PREMIER SUITES;
and ESA P PORTFOLIO OPERATING LESSEE LLC,
a foreign limited liability company d/b/a
EXTENDED STAY AMERICA PREMIER SUITES,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

Pursuant to Local Rule 11.1(g) the undersigned herein requests that the Clerk reflect the following as the current and correct address and contact information for the undersigned on all open cases:

    Heather M. Calhoon, Esq.
    Florida Bar No.: 495573
    WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
    3350 Virginia Street, Suite 500
    Miami, Florida 33133
    Telephone:    (305) 455-9500
    Facsimile:    (305) 455-9501
    E-Mail:    hcalhoon@wwhgd.com

Dated: January 19, 2022

1

Respectfully submitted,

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Heather M. Calhoon*
HEATHER M. CALHOON, ESQ.
Florida Bar No.: 495573
JOSE O. DE LA CRUZ, Esq.
Florida Bar No.: 1005862
3350 Virginia Street, Suite 500
Miami, Florida 33133
Telephone:   (305) 455-9500
Facsimile:   (305) 455-9501
E-Mail:   hcalhoon@wwhgd.com
         jdelacruz@wwhgd.com
         malvarez@wwhgd.com
         dmallqui@wwhgd.com
         ahayes@wwhgd.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2022, a true and correct copy of the forgoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the forgoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Heather M. Calhoon*
HEATHER M. CALHOON, ESQ.